**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dorothy MCCROREY, a/k/a Big Dot, Defendant—Appellant.**

No. 09–6067.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 8, 2009.

Dorothy McCrorey, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorothy McCrorey appeals the district court's order denying her motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McCrorey*, No. 3:06–cr–00061–JFA–12 (D.S.C. Dec. 18, 2008). We deny McCrorey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*